UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**IN RE:**

**UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**

ERIC J HALL
MICHELLE L HALL
        Debtor(s)

**CASE NO. BKY 05-90492 DDO**

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to United Auto Credit in the amount of $221.29, were unclaimed.

CREDITOR:
United Auto Credit
PO Box 202094
Bloomington, MN 55420-7094

CLAIM NUMBER:
1

AMOUNT:
$221.29

ACCOUNT NUMBER:
xxx-xx-5596

**Jasmine Z. Keller, Trustee**

Dated: December 30, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee